# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0693
LT Case No. 35-2020-CF-1725-A

———————————————

ZACHERY MAURICE WALDO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Zachery Maurice Waldo, Crawfordville, pro se.

No Appearance for Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____